**Order entered January 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01186-CV

### CIBIL KURIAKOSE VADACKANETH, Appellant

### V.

### SEENA SEBASTIAN ASARIYATH A/K/A SEENA MATHEW, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02263**

## ORDER

Before the Court is appellant's January 3, 2020 second motion for an extension of time to file his amended opening brief. We **GRANT** the motion and **ORDER** the amended opening brief be filed no later than **February 3, 2020**. We caution appellant that further extension requests will be disfavored.

/s/     BILL WHITEHILL
           JUSTICE